United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Benjamin Marice Coffield, Plaintiff, v. Broward County Main Jail, and others, Defendants. | Civil Action No. 17-61366-Civ-Scola |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a Report and Recommendation on any dispositive matters. On July 20, 2017, Judge White issued a Report, recommending that, upon initial screening in accordance with 28 U.S.C. § 1915, the Court dismiss the Plaintiff's civil rights case. (Report of Magistrate, ECF No. 6.) The Plaintiff has not filed his objections to the Report, and the time to do so has passed.

A district-court judge need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. So when no objections are made, a report may be adopted in full without conducting de novo review. *Id.* The Court has considered Judge White's Report, the record, and the relevant legal authorities. The Court finds Judge White's Report and Recommendation cogent and compelling. The Plaintiff claims that the Broward County Main Jail deprived him of his civil rights under the Due Process Cause of the Fourteenth Amendment by placing him in a four-week, twenty-three hours a day, administrative segregated confinement. As alleged, such confinement, which is not "atypical and [does not create a] significant hardship . . . in relation to the ordinary conditions of prison life[,]" does not violate the Plaintiff's due process rights. *Al-Amin v. Donald*, 165 Fed. App'x 733, 738 (11th Cir. 2006).

Accordingly, the Court **affirms and adopts** Judge White's Report and Recommendation (**ECF No. 6**). The Court **dismisses** the Plaintiff's Complaint (**ECF No. 1**). The Court notes that it would reach the same conclusion under de novo review because the Court agrees with Judge White's reasoning. Finally, the Court directs the Clerk to **close** this case.

**Done and ordered**, at Miami, Florida, on August 18, 2017.

_____
Robert N. Scola, Jr.
United States District Judge