United States District Court
for the
Southern District of Florida

| Benjamin Marice Coffield, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 17-61366-Civ-Scola |
| Broward County Main Jail, and | ) |
| others, Defendants. | ) |

### Amended Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a Report and Recommendation on any dispositive matters. On July 20, 2017, Judge White issued a Report, recommending that, upon initial screening in accordance with 28 U.S.C. § 1915, the Court dismiss the Plaintiff's civil rights case. (Report of Magistrate, ECF No. 6.) On August 18, 2017, the Court affirmed and adopted Judge White's Report and dismissed the Plaintiff's complaint. (Order, ECF No. 9.) On the same day, the Plaintiff filed objections to the Report. (Objs., ECF No. 8.)

The Court has conducted a de novo review. The Court further has considered Judge White's Report, the Objections, the record, and the relevant legal authorities. The Plaintiff asserts that Judge White misapprehended the Plaintiff's allegations in his complaint. He claims that he is contesting the arbitrary nature of his confinement, but not length of his confinement. (Objs. at 2.) Nothing in the Plaintiff's objections alters the Court's order adopting Judge White's Report and Recommendation. The Court finds Judge White's Report and Recommendation cogent and compelling. The administrative segregated confinement at issue in the Plaintiff's complaint does not violate the Plaintiff's due process rights, and thus cannot give rise to a civil rights claim under 42 U.S.C. § 1983. *See Al-Amin v. Donald,* 165 Fed. App'x 733, 738 (11th Cir. 2006).

Accordingly, the Court again **affirms and adopts** Judge White's Report and Recommendation (**ECF No. 6**). The Court **dismisses** the Plaintiff's Complaint (**ECF No. 1**). Finally, the Court directs the Clerk to **close** this case.

**Done and ordered**, at Miami, Florida, on August 21, 2017.

Robert N. Scola, Jr.
United States District Judge